ACCEPTED
06-14-00221-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/26/2015 4:24:01 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number:

Appellate Case Style: Style: Brian Eugene Woodard

Vs. State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/26/2015 4:24:01 PM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Brian | ☐ Lead Attorney |
| Middle Name: Eugene | First Name: Charles |
| Last Name: Woodard | Middle Name: E. |
| Suffix: | Last Name: Perry |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed      ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained      ☐ Public Defender |
| | Firm Name: Charles E. Perry Attorney |
| | Address 1: 1101 Main Street |
| | Address 2: P.O. Box 720 |
| | City: Commerce |
| | State: Texas      Zip+4: 75428 |
| | Telephone: 903-886-0774      ext. |
| | Fax: 903-886-2043 |
| | Email: elyww@aol.co, |
| | SBN: 15799700 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: State of Texas | ☐ Lead Attorney |
| Middle Name: | First Name: Lauren |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Hudgeons |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☒ District/County Attorney |
| Pro Se: ○ | ☐ Retained    ☐ Public Defender |
| | Firm Name: Hunt County District Attorney |
| | Address 1: 2500 Lee Street |
| | Address 2: |
| | City: Greenville |
| | State: Texas        Zip+4: 75401 |
| | Telephone: 903-408-4180    ext. |
| | Fax: 903-408-4296 |
| | Email: Lhudgeons@huntcounty.net |
| | SBN:    Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:

Offense charged: 481.115(f)Health and Safety Code

Date of offense: )5-11-13

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: December 4, 2014

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 40 years

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No    If yes, date filed:

If other, please specify: Appointment of Attorney of Appeal did not got through fax machine timely

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: December 4, 2014

Date of hearing:    ☒ NA

Date of order: December 4, 2014    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: December 4, 2014

## VIII. Trial Court And Record

Court: 354 District Court

County: Hunt County

Trial Court Docket Number (Cause no): 29390

Trial Court Judge (who tried or disposed of the case):

First Name: Richard

Middle Name: A.

Last Name: Beacom

Suffix: Jr.

Address 1: 2500 Leet Street

Address 2:

City: Greenville

State: Texas          Zip + 4: 75401

Telephone: 903-408-4100          ext.

Fax: Rbeacom@huntcounty.net

Email:

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested:

If no, date it will be requested: Jan 28, 2015

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested: Jan 28, 2015

Were payment arrangements made with the court reporter/court recorder?          ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official          ☐ Substitute

First Name: Julie

Middle Name:

Last Name: Vrooman

Suffix:

Address 1: 2500 Lee Street

Address 2:

City: Greenville

State: Texas          Zip + 4: 75401

Telephone: 903-408-4100          ext.

Fax: 903-408-4296

Email: Jvrooman@huntcounty.net

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                          Court:

Style:

      Vs.      State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)                          Date:    January 26, 2015

_____

Printed Name:                                            State Bar No: 15799700

Electronic Signature:   /S/ Charles E. Perry               Name:   Charles E. Perry
        (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on                     .

_____

Signature of counsel (or pro se party)            Electronic Signature: /s/ Charles E. Perry
                                                  (Optional)

                                          State Bar No.:    15797700

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                (1) the date and manner of service;

                (2) the name and address of each person served, and

                (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: January 26, 2015

Manner Served: eServe

First Name: Lauren

Middle Name:

Last Name: Hudgeons

Suffix:

Law Firm Name: Hun County District Attorney

Address 1: 2500 Lee Street

Address 2:

City: Greenville

State Texas          Zip+4: 75401

Telephone: 903-408-2500     ext.

Fax: 903-40804296

Email: Lhudgeons@huntcounty.net